José Serra Gastambide, peticionario apelante, *v.* La Junta Examinadora de Ingenieros, Arquitectos y Agrimensores, demandada apelada.

No. 5508.—*Sometido:* Diciembre 10, 1931. *Resuelto:* Julio 7, 1932.

*L. Tormes,* abogado del apelante; *Hon. Attorney General James R. Beverley* y *T. Torres Pérez, Subprocurador,* abogados de la apelada.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

José Serra Gastambide acudió a la Junta Examinadora de Ingenieros, Arquitectos y Agrimensores en solicitud de una licencia como arquitecto. Su solicitud se basaba en el inciso *b* de la sección 9 de la ley de 1927, leyes de ese año página 187. Le fué denegada. La corte de distrito, después de una vista, se negó a expedir un auto de *mandamus.* El caso fué resuelto con anterioridad a la publicación de las opiniones de esta corte en los de *Llovet Díaz* v. *Junta Examinadora de Ingenieros,* 40 D.P.R. 583; *Arán* v. *La Junta Examinadora, etc.,* id. pag. 589; *González* v. *La Junta, etc.,* id. 591; *Flores* v. *La Junta, etc.,* id. 592; y *Mateo* v. *La Junta, etc.,* id. 594.

La declaración jurada del peticionario, acompa-

ñada de "exhibits" fué la única prueba que la Junta tuvo ante sí. El artículo 9 de la aludida ley dispone que "a menos que exista prueba en contrario, la junta aceptará como evidencia satisfactoria la declaración jurada, expresada en la solicitud, de que el solicitante ha ejercido la profesión de ingeniero, arquitecto o agrimensor por un período de tres años." La teoría del juez de distrito fué que la declaración jurada y los "exhibits" acompañados a la misma, contenían toda la "prueba en contrario" exigida o requerida para sostener la actuación de la junta. Puede que si los planos y especificaciones mencionados en la solicitud y en las cartas de los dueños de los edificios diseñados por el peticionario hubiesen sido acompañados a tales cartas como "exhibits" la conclusión a que llegó la corte de distrito hubiese tenido amplio apoyo en los mismos. Véase Mateo v. La Junta, *supra*. Nada aparece en los autos que indique que el peticionario pudiera pasar un examen como arquitecto competente ante una Junta de Arquitectos. Esa, sin embargo, no es la norma (*test*) prescrita por el inciso (*b*) de la sección 9 de la ley. Arán v. Junta Examinadora, *supra*. Los documentos sometidos por el peticionario bastaban para sostener un caso prima facie y, en ausencia de cualquier prueba en contrario, era el deber ministerial de la Junta expedirle una licencia.

*Debe revocarse la sentencia de la corte de distrito y devolverse el caso a la misma para que libre el auto de* mandamus *solicitado.*

El Juez Asociado Señor Córdova Dávila no intervino.